# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRENDA TAITE,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION 14-00435-KD-C** |
| ) | |
| **WAL-MART SUPERCENTER, Store #1493,** ) | |
|     **Defendant.** ) | |

## JUDGMENT

In accordance with the Order granting summary judgment issued on this date, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that Judgment is entered in favor of Defendant Wal-Mart Supercenter and against Plaintiff Brenda Taite.

**DONE** and **ORDERED** this the **26th** day of **October 2015**.

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**